AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Daniel Barnett, | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

**FILED**

Nov 26 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case No.  4:21-mj-71890-MAG

**FILED UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 13, 2021_____ in the county of _____Contra Costa_____ in the
_____Northern_____ District of _____California_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm |

Maximum Penalties: maximum term of 10 years
imprisonment; $250,000 fine; 3 years supervised release;
forfeiture

This criminal complaint is based on these facts:

See Attached Affidavit of Federal Bureau of Investigation ("FBI") Special Agent Daniel Kim

☑ Continued on the attached sheet.

Approved As To Form:

/s/ *Jonathan U. Lee*

AUSA JONATHAN U. LEE

Sworn to before me and signed in my presence.

Date: ___November 24, 2021___

City and state: _____Oakland, California_____

/s/ *Daniel Kim*

*Complainant's signature*

Daniel Kim, FBI Special Agent

*Printed name and title*

*Judge's signature*

Hon. Kandis A. Westmore, U.S. Magistrate Judge

*Printed name and title*

<u>**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**</u>

I, Daniel Kim, Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

<u>**INTRODUCTION AND AGENT BACKGROUND**</u>

1.     I submit this Affidavit in support of an application for a criminal complaint and warrant to arrest Daniel BARNETT for unlawfully possessing a firearm after having been convicted of a felony offense, in violation of 18 U.S.C. § 922(g)(1).

2.     I am a Special Agent ("SA") with the Federal Bureau of Investigation and have been so employed since January 2020.  During that time, my duties and responsibilities include conducting criminal investigations for violations of federal law, particularly those found in Title 21 and Title 18 of the United States Code.  I have had extensive training in law enforcement investigation techniques, including but not limited to 800 hours of training at the FBI Academy at Quantico, Virginia.  Prior to joining the FBI, I was a Special Agent with the United States Secret Service ("USSS") in San Francisco, California, where I was assigned to the Financial Crimes Task Force as well as the U.S. Marshals Fugitive Task Force.  While assigned to these task forces, I participated in the investigations of various crimes including financial and violent crimes.  Prior to joining the USSS, I was a Deputy Sheriff in San Diego County, San Diego, California, where I conducted investigations of numerous crimes, including violent crimes, gangs, and firearm and narcotics violations.  In addition to the training and experience discussed above, I have also spoken to and worked with more experienced federal and state agents and officers throughout my career.

3.     Currently, I am assigned to the FBI Safe Streets Gang Task Force ("SSTF") in Contra Costa County, where my responsibilities include the investigation of federal firearms, gangs, violent crimes, and narcotics violations.  In this position, I have authored and participated in search warrants involving residences, social media accounts, and electronic devices.  As a result, I am familiar with the types of evidence these searches garner.

4.     I know that it is a violation of Title 18, United States Code, Section 922(g)(1) for

any person knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year to knowingly possess any firearm or ammunition that has been shipped or transported in interstate commerce.

5.      I submit this affidavit for the limited purpose of establishing probable cause to issue a criminal complaint and have not included every fact known to me concerning the investigation described below.  The information in this affidavit is based upon my personal knowledge as well as information provided by other law enforcement officers involved in the investigation of **BARNETT.**

## APPLICABLE LAW

6.      Under 18 U.S.C. § 922(g)(1), it is unlawful for any person who knows that he or she has been previously convicted of a crime punishable by imprisonment for a term exceeding one year to knowingly possess a firearm or ammunition that has traveled in or affected interstate commerce.

## PROBABLE CAUSE

### *BARNETT is Arrested in Possession of Four (4) Firearms*

7.      On July 13, 2021, the FBI Safe Streets Task Force ("SSTF") served an outstanding federal arrest warrant on Daniel **BARNETT.  BARNETT** was on federal supervised release in N.D. Cal. Case No. 12-CR-320 YGR and the Court had issued a warrant for his arrest for allegedly violating the terms of his release.  Agents and officers executing the arrest warrant located BARNETT at the Economy Inn at 12572 San Pablo Ave., Richmond, CA 94805, Room #121.  After approximately a one-hour standoff with Richmond Police Department ("RPD") SWAT, **BARNETT** surrendered and was taken into custody.  An adult female later identified as **BARNETT**'s girlfriend was also in Room #121 when RPD took **BARNETT** into custody.

8.      It is my understanding that records of this court show **BARNETT** was convicted of conspiracy to possess with intent to distribute more than 50 grams of methamphetamine in 2012 and sentenced to 87 months in prison, followed by a four year term of supervised release.

Accordingly, **BARNETT** cannot lawfully possess firearms or ammunition.

9.      I, along with other members of the SSTF, confirmed **BARNETT's** active federal supervised release status with his federal probation officer, Nicole Brown, and I, along with other members of the SSTF, conducted a search of Room #121 pursuant to **BARNETT's** supervised release term, which states in relevant part that he "must submit his person, property, place of residence… to a search at any time of the day or night, with or without a warrant, with or without probable cause, and with or without reasonable suspicion, by a… federal, state, or local law enforcement officer".

10.      During the search, FBI SSTF found one (1) Glock Model 30 Gen 4 .45 caliber pistol bearing serial number BTFC182, one (1) Glock Model 30 Gen 4 .45 caliber pistol bearing serial number BPXU817, and one (1) Glock Model 19 Gen 5 9mm pistol bearing serial number BSCL779 modified with a switch that enables the gun to fire fully automatic.  This makes the gun a machine gun.  All three firearms, as well as one (1) Pro Mag drum magazine; one (1) 34-round extended magazine; one (1) 24-round extended magazine; and one (1) 31-round extended magazine that was loaded with 29 rounds of live ammunition, were located inside the toilet tank in the bathroom.  The firearms were covered with a substance with a shampoo-like consistency. I believe that **BARNETT** used the period of the standoff with the Richmond PD SWAT team to wipe the firearms and magazines with this substance and then put them in the toilet tank in an effort to destroy any fingerprints and/or DNA that might have been on the weapons, and which might show that he had handled them.

11.      Inside the bedroom, FBI SSTF found one (1) Micro Draco rifle bearing serial number PMD-07813-18 R0 and one (1) 30-round rifle magazine under the bed. In addition, they found four (4) additional pistol magazines including two (2) extended magazines and 18 rounds of live ammunition inside the room. FBI SSTF also found **BARNETT's** California driver's license and mail addressed to **BARNETT** inside the room.

 

12.     The adult female who was also in Room #121 told officers in an interview that the firearms and ammunition in the room were hers.  Later in the same interview the adult female denied the firearms and ammunition in the room were hers or **BARNETT**'s.

13.     Agents obtained a federal search warrant for **BARNETT**'s Instagram account, "danniebo569."  The account was identified as **BARNETT**'s because it included numerous selfie-type images showing **BARNETT**.   FBI SSTF identified multiple images and private conversations related to the illegal possession, sales, distribution, and/or trafficking of firearms, firearm accessories, and/or ammunition between "danniebo569" and numerous individuals.

14.     On July 7, 2021, "danniebo569" messaged another Instagram user and stated "Shit I'm bout to buy a draco ina few days I don't need the chop rn." Based on my training and experience, I believe that in this message, **BARNETT** was informing his associate that he was planning to purchase a Draco firearm six days before his Draco firearm was seized and he was arrested on July 13, 2021, and that as a result, he no longer needed to purchase a gun ("the chop") that associate had offered.

### ***BARNETT'S Prior Felony Convictions***

15.     On or about February 19, 2008, **BARNETT** was convicted of PC 12025(A)(1) – Having Concealed Firearm in Vehicle, which was a felony conviction.  He was sentenced to six months jail and five (5) years' probation.

16.     On or about December 13, 2012, **BARNETT** was convicted of 21 U.S.C. section

846 and 841(A)(1) and (B)(1) – Conspiracy to Possess with Intent to Distribute and to Distribute 50 Grams or More of Methamphetamine, which was a felony conviction.  He was sentenced to 87 months in federal prison, followed by a four-year term of supervised release.

17.     On or about September 26, 2014, **BARNETT** was convicted of VC 2001(A) – Leaving Scene of Injury Accident, which was a felony conviction.  He was sentenced to four (4) years' imprisonment.

18.     Because of these felony convictions, I submit there is probable cause to believe that **BARNETT** knew he was previously convicted of these felony offenses punishable by a term of imprisonment of more than one year.

### ***Interstate Nexus***

19.     I spoke with FBI Special Agent Matthew Ernst ("Agent Ernst"), a certified Firearms Nexus Specialist, who reviewed the photographs of **BARNETT'S** Glock Model 30 Gen 4 .45 caliber handgun, serial number BTFC182, Glock Model 30 Gen 4 .45 handgun, serial number BPXU817, and Glock Model 19 Gen 5 9mm handgun, serial number BSCL779.  Special Agent Ernst confirmed that the three Glock handguns were manufactured in Austria. In addition, Agent Ernst confirmed that the Glock handguns were shipped from Austria to Glock's U.S. facility at 6000 Highlands Parkway, Smyrna, Georgia 30082. The Glock handguns were then shipped to a distributor and thus moved in interstate commerce.

  

20.     I spoke with Special Agent Ernst who reviewed the photographs of BARNETT'S Micro Draco firearm, serial number PMD-07813-18 R0.  Special Agent Ernst confirmed that the Micro Draco firearm was manufactured in Romania at the Cugir Arms Factory and imported into the United States by Century Arms International ("CAI"), to their warehouse in Georgia, Vermont.  CAI's headquarters is located in Florida. This Draco firearm was then shipped to a distributor, and thus moved in interstate commerce.



## **CONCLUSION**

21.     Based on the above information, I submit that there is probable cause to believe that, on or about July 13, 2021, in the Northern District of California, the Defendant, **Daniel BARNETT**, committed the following federal offense: Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1), because he knowingly possessed a firearm that had been shipped or transported in interstate commerce while also knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, including but not limited to his federal conviction for conviction for Conspiracy to Possess

with Intent to Distribute and to Distribute 50 Grams or More of Methamphetamine.

    22.     I respectfully request that the Court sign the requested criminal complaint and issue the requested arrest warrant for **BARNETT**.

    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

                               /s/ *Daniel Kim*

                              DANIEL KIM
                              Special Agent
                              FBI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 24th day of November 2021.

THE HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

7